UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** MONICA RUIZ BAEZ
**Case Number:** 09-07552-ESL7
**Chapter:** 7
**Date / Time / Room:** 9/13/2011 9:00 AM osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** Evangelina Mendez
**Reporter / ECR:** Inecita Collazo

## Matter:

MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY SCOTIABANK PR (#46)
DEBTOR'S REPLY (#57)

## Appearances:

WIGBERTO LUGO MENDER
ROBERTO FIGUEROA CARRASQUILLO
WALLACE VAZQUEZ SANABRIA

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to: ____ oppose; ____ appear at the hearing scheduled for this date; ____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
____ curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

**✱** Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant. *for loan modification purposes only.*

____ Movant's application to withdraw the motion is hereby granted.

____ Other: *Reasons stated in open court.*

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge